Keven Steinberg (SBN151372)
**STEINBERG LAW**
13412 Ventura Boulevard
Suite 380
Sherman Oaks, California 91423
(818) 855-1103 / (818) 855-1104 facsimile

Attorney for Plaintiffs, JKL IP COMPANY, LLC,
THE CADEN COMPANY D/B/A BELLY BANDIT and Counter-Defendants
THE CADEN COMPANY D/B/A BELLY BANDIT, LORI CADEN
and JODI CADEN,

NOTE: CHANGES MADE BY THE COURT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JKL IP COMPANY, LLC, a Michigan Limited Liability Company; THE CADEN COMPANY D/B/A BELLY BANDIT, a California corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CREATIVE FORCES GROUP, INC. D/B/A TUMMY AID, a California Limited Liability Company; PIXIOR, LLC, a California Limited Liability Company; XOCHITAL MEDINA, an individual; YASSINE AMALLAL, an individual; ALINA HAVANDJIAN, an individual; JIM MARTINSON, an individual,<br><br>Defendants.<br><br>PIXIOR, LLC, a California Limited Liability Company,<br><br>Counter-Claimant,<br><br>v.<br><br>THE CADEN COMPANY D/B/A BELLY BANDIT, a California corporation; LORI CADEN, an individual; LORI CADEN, an individual; CARMEN PULIDO, an individual; and ROES 1 through 20,<br><br>Counter-Defendants. | Case No.: 2:16-CV-09065-CBM-SS<br><br>[Assigned for All Purposes to: Hon. Consuelo B. Marshal; Dept. 2]<br><br>**ORDER RE: FOURTH JOINT STIPULATION TO EXTEND DEADLINES, PRE-TRIAL CONFERENCE AND TRIAL [241]**<br><br>Pre-Trial: 1/22/2019<br>Trial Date: 2/19/2019 |

1

**ORDER RE FOURTH JOINT STIPULATION TO EXTEND DEADLINES, PRE-TRIAL CONFERENCE AND TRIAL**

Upon consideration of the FOURTH JOINT STIPULATION TO EXTEND DEADLINES, PRE-TRIAL CONFERENCE AND TRIAL:

IT IS HEREBY ORDERED AND DECREED THAT THE Court re-sets the following dates:

Deposition Completion for all depositions properly noticed prior to the previous discovery cutoff and for which the deponent (if necessary) was served with a subpoena: 12/7/2018

Filing Deadline for Motions Re: Depositions:  12/17/2018

Settlement Conference:  1/15/2019

Expert Discovery: 1/31/2019

Last day for hearings on Motions shall be set for oral argument on or before 3/12/2019 at 10:00 a.m.

Pre-Trial Conference: 5/14/2019 at 2:30 p.m.

Trial: 6/18/2019 at 10:00 a.m.

Dated November 9, 2018

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE