Keven Steinberg (SBN151372)
**STEINBERG LAW**
13412 Ventura Boulevard
Suite 380
Sherman Oaks, California 91423
(818) 855-1103 / (818) 855-1104 facsimile

Attorney for Plaintiffs, JKL IP COMPANY, LLC,
THE CADEN COMPANY D/B/A BELLY BANDIT and Counter-Defendants
THE CADEN COMPANY D/B/A BELLY BANDIT, LORI CADEN
and JODI CADEN,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JKL IP COMPANY, LLC, a Michigan Limited Liability Company; THE CADEN COMPANY D/B/A BELLY BANDIT, a California corporation;<br><br>Plaintiffs,<br>v.<br><br>CREATIVE FORCES GROUP, INC. D/B/A TUMMY AID, a California Limited Liability Company; PIXIOR, LLC, a California Limited Liability Company; XOCHITAL MEDINA, an individual; YASSINE AMALLAL, an individual; ALINA HAVANDJIAN, an individual; JIM MARTINSON, an individual,<br><br>Defendants.<br><br>PIXIOR, LLC, a California Limited Liability Company,<br><br>Counter-Claimant,<br>v.<br><br>THE CADEN COMPANY D/B/A BELLY BANDIT, a California corporation; LORI CADEN, an individual; LORI CADEN, an individual; CARMEN PULIDO, an individual; and ROES 1 through 20,<br><br>Counter-Defendants. | Case No.: 2:16-CV-09065-CBM-SS<br><br>[Assigned for All Purposes to: Hon. Consuelo B. Marshal; Dept. 2]<br><br>**ORDER RE JOINT STIPULATED PERMANENT INJUNCTION**<br><br>[249] |

Pursuant to the Joint Stipulation of the Plaintiffs JKL IP COMPANY, LLC, THE CADEN COMPANY D/B/A BELLY BANDIT, Defendants CREATIVE FORCES GROUP, INC. D/B/A TUMMY AID; PIXIOR, LLC; XOCHITAL MEDINA; YASSINE AMALLAL and ALINA HAVANDJIAN; Counter-Claimant, PIXIOR, LLC and Counter-Defendants THE CADEN COMPANY D/B/A BELLY BANDIT; LORI CADEN and LORI CADEN; and Third-Parties Nadja Pletikosic and NASSARA, LLC (collectively, "the Stipulating Parties"):

IT IS HEREBY ORDERED AND DECREED THAT:

1. PIXIOR, LLC and YASSINE AMALLAL (the "Pixior Parties"); CREATIVE FORCES GROUP, INC. dba TUMMY AID, XOCHITAL MEDINA, and ALINA HAVANDIJIAN (the "Tummy Aid Parties"); NASSARA, LLC and NADJA PLETIKOSIC (the "Nassara Parties"), or any person or entity acting in concert with them, through a corporation, subsidiary, division or related person or entity, or exercise any control over any business entity, including any partnership, limited partnership, joint venture, sole proprietorship, or corporation, shall, in any way, directly or indirectly conduct business within the maternity, post pregnancy, shapewear, intimates, compression or support segment of the garment or fashion industry; shall not compete with or interfere with any existing or future business of JKL IP COMPANY, THE CADEN COMPANY dba BELLY BANDIT, JODI CADEN, LORI CADEN and KARI

CADEN (the "Belly Bandit Parties"); and shall not manufacture, design, promote or sell any products in the Belly Bandit Line now or in the future.

2. Notwithstanding the restrictions, limitations and prohibitions stated above, the Pixior Parties shall be free, without any limitation whatsoever, to carry on their core business of providing third-party logistics services for persons or businesses, even if the products involved are within the maternity, post pregnancy, shapewear, intimates, compression or support segment of the garment or fashion industry, or such persons or businesses compete with any existing or future business of the Belly Bandit Parties, or are in the Belly Bandit Line now or in the future.

3. In the event of any breach, non-compliance or issue as to the enforceability of this Stipulated Permanent Injunction, this Court shall retain, maintain and/or have jurisdiction to address all such issues, including issuing any orders thereon.

4. Any such order which the Court may issue shall not be any party's exclusive remedy. The parties reserve all rights to pursue other claims and actions relating to this Stipulated Permanent Injunction and its enforceability.

Dated July 22, 2019  
_____
JUDGE OF THE UNITED STATES
DISTRICT COURT, CENTRAL DISTRICT
OF CALIFORNIA