Keven Steinberg (SBN151372)
**STEINBERG LAW**
13412 Ventura Boulevard
Suite 380
Sherman Oaks, California 91423
(818) 855-1103 / (818) 855-1104 facsimile

Attorney for Plaintiffs, JKL IP COMPANY, LLC, THE CADEN COMPANY D/B/A BELLY BANDIT and Counter-Defendants THE CADEN COMPANY D/B/A BELLY BANDIT, LORI CADEN and JODI CADEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JKL IP COMPANY, LLC, a Michigan Limited Liability Company; THE CADEN COMPANY D/B/A BELLY BANDIT, a California corporation;<br><br>Plaintiffs,<br>v.<br>CREATIVE FORCES GROUP, INC. D/B/A TUMMY AID, a California Limited Liability Company; PIXIOR, LLC, a California Limited Liability Company; XOCHITAL MEDINA, an individual; YASSINE AMALLAL, an individual; ALINA HAVANDJIAN, an individual; JIM MARTINSON, an individual,<br><br>Defendants.<br><br>PIXIOR, LLC, a California Limited Liability Company,<br><br>Counter-Claimant,<br>v.<br>THE CADEN COMPANY D/B/A BELLY BANDIT, a California corporation; LORI CADEN, an individual; JODI CADEN, an individual; CARMEN PULIDO, an individual; and ROES 1 through 20,<br><br>Counter-Defendants. | Case No.: 2:16-CV-09065-CBM-SS<br><br>[Assigned for All Purposes to: Hon. Consuelo B. Marshal; Dept. 2]<br><br>**NOTICE OF SETTLEMENT OF ENTIRE MATTER BETWEEN ALL PARTIES** |

Plaintiffs, JKL IP COMPANY, LLC, THE CADEN COMPANY D/B/A BELLY BANDIT and Counter-Defendants THE CADEN COMPANY D/B/A BELLY BANDIT, LORI CADEN and JODI CADEN hereby notify the Court that all parties to this action (Complaint and Counter-Claim) have reached a settlement in this matter and have finalized all settlement documents, including the submission and issuance of a Court Order of the negotiated Joint Stipulated Permanent Injunction [Docket 250] (which the Court shall maintain jurisdiction over).

As such, it is requested that the Court dismiss this action, with the caveat that the Court shall maintain jurisdiction over the Joint Stipulated Permanent Injunction [Docket 250].

STEINBERG LAW

Dated:  August 13, 2019        By:   /s/ Keven Steinberg
                                     Keven Steinberg
                                     keven@kevensteinberglaw.com
                                     Attorneys for Plaintiffs JKL IP Company, The
                                     Caden Company dba Belly Bandit and Counter-
                                     Defendants JKL IP Company, The Caden
                                     Company dba Belly Bandit, Lori Caden and Jodi
                                     Caden